UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HIP HOT-IN-PLACE PAVING, LLC,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 8:05-cv-677-T-TBM**

**NEW YORK BITUMINOUS**
**PRODUCTS CORPORATION,**

    **Defendant.**
_____/

## **O R D E R**

The court has been advised that the above-styled action has settled in its entirety and a mediation report confirming the same has been filed (Doc. 44). Accordingly, it is

**ORDERED** that this cause is hereby **DISMISSED** pursuant to Local Rule 3.08(b), subject to the right of any party to reopen the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. The Clerk is directed to terminate all pending motions and close the case.

**Done and Ordered** in Tampa, Florida, this 17th day of May 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record